# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ROBERT FENNELL, : No. 221 MAL 2016
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
v. :
:
:
CAPTAIN N D GOSS, LIEUTENANT J :
LEAR, LIEUTENANT ALLISON, SGT. :
WORKINGER, F BANEY CORRECTIONS :
OFFICER, J MATULA CORRECTIONS :
OFFICER, DEPARTMENT OF :
CORRECTIONS, :
:
Respondents :

## ORDER

**PER CURIAM**

　　**AND NOW**, this 22nd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.